# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLY VAN BATTEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO SUPERIOR COURT, et al.,<br><br>　　　　Defendants. | No. 1:21-cv-00693-NONE-EPG<br><br>ORDER TO CALIFORNIA DEPARTMENT OF CORRECTIONS TO SUBMIT CERTIFIED PRISON ACCOUNT STATEMENT |

　　　The Court is in receipt of a Motion to Proceed in Forma Pauperis. (ECF No. 2). The California Department of Corrections and Rehabilitation is DIRECTED to submit a Certified Prison Trust account statement for Sly Van Batten, CDC BM9596 to the Clerk's Office within 72 business hours of this notification. The Prison Trust Account statement must reflect the activity for the last six months. Please email the certified prison trust account statement in pdf format to FilingsFresno@caed.uscourts.gov with the case number in the subject line as reflected on this notification.

　　　The Clerk of Court is directed to serve a copy of this order on the appropriate official at the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

　　　Dated: __**April 28, 2021**__　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1